IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN J. JONES,

                Plaintiff,

v.

CAROLYN W. COLVIN
Acting Commissioner of Social Security,

                Defendant.

ORDER

15-cv-155-wmc

_____

      This is an action for judicial review of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g). On June 2, 2015, this court issued a briefing schedule allowing plaintiff Brian Jones until August 3, 2015 to submit a brief in support of his petition for review of the Commissioner's decision. The deadline has passed, and plaintiff has not yet filed his brief.

      Because plaintiff is proceeding *pro se* and may not have understood what he was to file, I will give him an extension of time to file his brief. In his brief, plaintiff does not need to make legal arguments or cite to any legal authority (although he is welcome to do so), but he must explain to the court the specific reasons why he thinks the administrative law judge wrongly decided his claim for social security benefits. In addition, plaintiff should review the administrative law judge's decision and point out those findings that he disagrees with, citing to evidence in the administrative record that supports his position.

      If plaintiff fails to submit his brief in support of his claim by the new deadline, this action will be dismissed for his failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Brian Jones may have until September 21, 2015 to submit a brief in support of his claim that he is entitled to receive disability benefits. Failure to submit this brief will result in dismissal of this action for failure to prosecute.

The government may have until November 20, 2015 to submit an answering brief.

Plaintiff may have until December 21, 2015 to submit a reply brief.

Entered this 21st day of August, 2015,

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge